An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAMIAN D'MARC HALL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63663

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

On appeal from the denial of his March 2, 2012, petition, appellant argues that the trial court erred in denying his request for a second competency evaluation and hearing. This claim was already considered and rejected by this court on direct appeal. *Hall v. State*, Docket No. 58407 (Order of Affirmance, January 12, 2012). The doctrine of law of the case prevents further litigation of this claim and "cannot be avoided by a more detailed and precisely focused argument." *Hall v. State*, 91 Nev. 314, 316, 535 P.2d 797, 799 (1975). Therefore, the district court did not err in denying the petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19255

cc: Hon. Brent T. Adams, District Judge
Story Law Group
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk